

CALL DOCKET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

    IT IS ORDERED that the following cases will be called on Wednesday, May 24, 2000, at 10:00 a.m., before Judge Martin Feldman. Failure of counsel to report the status thereof or in the absence of good cause shown why the case should remain on the docket it will be **DISMISSED**.

```
87-1294 Larry Gegenheimer    vs. Baoul Galan, Jr.
    atty: Olden Toups
ORDERED
00-378 Department of Labor   Vs. Jeanette Fusco, et al.
    atty: Erica Rinas
ORDERED
00-386 Luz Nunez    vs. B H Miller, et al.
    atty: Gary Bizal
ORDERED
00-515 Chevron Corp   vs. Leigh Leake, et al.
    atty: Howard Shapiro
ORDERED
00-538 Greater Southern Life Ins. Vs. Leonard Wright
    atty: Susan Furr
ORDERED
00-608 Nicolas Estiverne   vs.  Charles Plattsmier, etal.
    atty: Nicolas Estiverne
ORDERED
```

                              Steve Hill,   Section "F"

Fee
Process
X Dktd
CmBop
Doc.No.