MINUTE ENTRY
FELDMAN, J.
MAY 24, 2000



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE FOLLOWING CASES WERE CALLED THIS DAY AND RULED ON AS FOLLOWS:

87-1294 Larry Gegenheimer    vs. Raoul Galan, Jr.
   atty: Olden Toups
ORDERED PASS FOR 30 DAYS
00-378 Department of Labor    Vs. Jeanette Fusco, et al.
   atty: Erica Rinas
ORDERED PASS FOR 30 DAYS
00-386 Luz Nunez    vs. B H Miller, et al.
   atty: Gary Bizal
ORDERED PLACE ON TRIAL DOCKET
00-515 Chevron Corp    vs. Leigh Leake, et al.
   atty: Howard Shapiro
ORDERED PLACE ON TRIAL DOCKET
00-538 Greater Southern Life Ins. Vs. Leonard Wright
   atty: Susan Furr
ORDERED COMPLT AS TO GEISLER FUNERAL HOMES DISMISSED W/OUT PREJ FOR FAILURE TO PROSECUTE. PLACE ON TRIAL DOCKET
00-608 Nicolas Estiverne    vs.    Charles Plattsmier, etal.
   atty: Nicolas Estiverne
ORDERED PASS FOR 30 DAYS



DATE OF ENTRY  MAY 24 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____