UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -4  PM 1: 35

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| LUZ NUNEZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0386 |
| | * | |
| B. H. MILLER in his official capacity as CHIEF OF POLICE for the City of Gretna and GERALD LACOUR, individually and in his capacity as a police officer | * * * * * | SECTION "F" MAG. 3 |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO EXTEND DISCOVERY CUTOFF DATE**

NOW INTO COURT, through undersigned counsel, come defendants Chief B. H. Miller and Gerald Lacour, who respectfully request that this Court extend the discovery cutoff date in this matter thirty (30) days, or until the 7th day of February, 2001. Due to the difficulty of coordinating schedules, discovery is not yet complete. The trial of this matter is set for February 20, 2001, and counsel represents that extension of this deadline will not endanger the current trial date.

Counsel for the plaintiff, Brett Pendergast, has been contacted, and has stated he has no objection to this motion.

WHEREFORE defendants pray that the discovery cutoff be extended for thirty (30) days or until February 7, 2001.

DATE OF ENTRY
JAN 9 2001

Fee_____
Process____
X  Dktd____
   CtRmDep__
   Doc.No.___

Respectfully submitted,

MOLAISON & LEBLANC

*W. J. LeBlanc, Jr.*
W. J. LeBlanc, Jr. # 1800
603 Lafayette Street
Gretna, Louisiana 70053
Telephone No. (504) 367-0373
Fax No. (504) 367-0374
Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUZ NUNEZ | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0386 |
| B. H. MILLER in his official capacity as CHIEF OF POLICE for the City of Gretna and GERALD LACOUR, individually and in his capacity as a police officer | * | SECTION "F" MAG. 3 |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ✱

IT IS HEREBY ORDERED that the motion of defendants, Chief B. H. Miller and Gerald Lacour is GRANTED.

NEW ORLEANS, LOUISIANA on this 5th day of January, 2001.

_____
JUDGE [Martin L. C. Feldman]

✱ On condition the trial date not be upset.

## CERTIFICATE

I hereby Certify that a copy of the foregoing has been served upon counsel for all represented parties by mailing the same to each by first class U. S. mail, this 3rd day of January, 2001.

_W.J. LeBlanc, Jr._
W. J. LeBlanc, Jr.