FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -9 PM 5: 28

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
FELDMAN, J.
February 9, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUZ NUNEZ | CIVIL ACTION |
| VERSUS | NO: 00-386 |
| B. H. MILLER, ET AL | SECTION: "F" |

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated by that time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

DATE OF ENTRY
FEB 1 2 2001

Fee____
Process____
X Dktd____
__CtRmDep____
Doc.No. 33

COUNSEL ARE REMINDED that, if witnesses have been subpoenaed, <u>EVERY</u> <u>WITNESS</u> MUST be notified by counsel not to appear.

New Orleans, Louisiana, February 9, 2001.

                                    MARTIN L. C. FELDMAN
                                UNITED STATES DISTRICT JUDGE

All Counsel