FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 22 PM 2:36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUZ NUNEZ | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0386 |
| B. H. MILLER in his official capacity as CHIEF OF POLICE for the City of Gretna and GERALD LACOUR, individually and in his capacity as a police officer | * | SECTION "F" MAG. 3 |

* * * * * * * * * * * * * * * * * * * * * * *

### MOTION AND ORDER OF DISMISSAL

On motion of plaintiff, Luz Nunez, appearing herein through undersigned counsel, and on suggesting to the Court that the plaintiff wishes to dismiss with prejudice the above entitled and numbered suit as to CHIEF B. H. MILLER and GERALD LACOUR, each party to bear its own costs.

Considering the foregoing:

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled and numbered suit be hereby dismissed with prejudice as to CHIEF B. H. MILLER and GERALD LACOUR, each party to bear its own costs.

New Orleans, Louisiana, this 26TH day of MARCH, 2001.

_____
JUDGE

DATE OF ENTRY
MAR 2 6 2001

Respectfully submitted:

_____
Gary Bizal, Bar #1255
639 Loyola Avenue, Suite 1820
New Orleans, Louisiana 70113
Telephone: (504) 525-1328
Attorney for plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record this 21 day of March, 2001 by depositing same in the U.S. Mail, postage prepaid and properly addressed.

_____
GARY W. BIZAL